Argued March 17, 1970. *David Rudovsky,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted March 20, 1970. *Curtis P. Cheyney, III,* for appellant; *Arnold Gordon,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, Richard A. *Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order is reversed and the case remanded to the hearing court for the filing of a proper order in conformity with the Act of January 25, 1966, P. L. 1580 (1965) §10, 19 P.S. §1180-10 (Supp. 1969), which requires that "[t]he order finally disposing of the petition shall state grounds on which the case was determined and whether a federal or a state right was presented and decided." See *Commonwealth v. Naylor,* 437 Pa. 193, 262 A. 2d 146 (1970); *Commonwealth v. D'Angelo,* 438 Pa. 539, 264 A. 2d 405 (1970).

WRIGHT, P. J., dissents.

## Commonwealth *v.* Johnson, Appellant.

Submitted March 9, 1970. *Arthur K. Dils,* Assistant Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Jones, Appellant.

Submitted December 12, 1969. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *Vram Nedurian, Jr.,* Assistant District Attorneys, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Jordan, Appellant.

Argued March 24, 1970. *Daniel H. Shertzer,* for appellant; *James F. Heinly,* Assistant District Attorney, with him *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which